IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,                    CASE NO.: 4:04cr59-RH

      Plaintiff,

v.

USMAN ALI CHAUDHARY,
a/k/a USMAN ALI,

      Defendant.

_____/

## DEFENDANT'S MOTION IN LIMINE
### (LULAC EVIDENCE)

The Defendant, Usman Ali, moves this Court in limine to preclude the Government from introducing into evidence certain documents, testimony, and evidence relating to an application made by the Defendant under the LULAC program, and in support would show:

1. The Government has provided to the Defense a number of documents[1] and has indicated an intention to call witnesses that would testify concerning an application made by the Defendant under the LULAC program. LULAC was a federal program created as a result of the settlement of a class action lawsuit, League of United Latin

---

[1] Counsel has attempted to scan the documents for electronic filing, but due to the volume and poor quality of the copies, is submitting a hard copy to the Clerk instead.

American Citizens (LULAC) vs. INS. Under the LULAC program, certain aliens were permitted to apply for temporary residence in the United States, provided they met specific time restrictions on when they entered the United States, and other criteria.

2.      The LULAC application was filed in January of 1990, over fifteen years ago and was subsequently withdrawn by the Defendant. This evidence is remote and irrelevant to the issues in this case, which involve allegations that the Defendant falsely claimed to be a United States citizen, in 2002. In making application under the LULAC program, the Defendant did not assert he was a United States citizen, nor otherwise misrepresent his citizenship status. To the contrary, the Defendant was lawfully in this country and was only seeking permission to establish temporary residence.

3.      The LULAC application contains numerous inaccurate statements that the Defendant believes the Government intends to offer to attack his character and otherwise make the Defendant appear to be untrustworthy in the eyes of the jury. In addition, the documents are hearsay and contain hearsay within hearsay.

4.      The probative value of this evidence is greatly outweighed by its unfair prejudicial impact and, if admitted into evidence, will deprive the Defendant of a fair trial.

WHEREFORE the Defendant moves this Court in limine to exclude any evidence relating to the LULAC application.

### CERTIFICATE OF CONFERRAL

The undersigned counsel has conferred with Assistant United States Attorney Robert Davis concerning this motion, and has been unable to resolve the issues by

agreement.

Respectfully submitted,

 s/ Larry D. Simpson
JAMES P. JUDKINS
Florida Bar No. 174168
LARRY D. SIMPSON
Florida Bar No. 176070
JUDKINS, SIMPSON, HIGH &
  VILLENEUVE
Post Office Box 10368
Tallahassee, Florida 32302-2368
(850) 222-6040; FAX (850) 561-1471
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by FAX to

Mr. Robert Davis, U.S. Attorney's Office, 111 North Adams Street, Fourth Floor,

Tallahassee, Florida 32301, this 6th day of May, 2005.

 s/ Larry D. Simpson
ATTORNEY

-3-