*Page 1 of 1*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                              CASE NO.  4:04cr59-RH/WCS

USMAN ALI CHAUDHARY,
a/k/a Usman Ali
_____/

## ORDER DISMISSING COUNTS ONE THROUGH FOUR AND SEVEN

The government's consented motion to dismiss counts one, two, three, four, and seven of the superceding indictment (document 28) is GRANTED.  Those counts are hereby dismissed.

SO ORDERED this 8th day of May, 2005.

                                                  s/Robert L. Hinkle
                                                Chief United States District Judge