# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO. 4:04cr59-RLH

~~USMAN ALI CHAUDHARY,~~
   a/k/a Usman Ali

_____/

## STIPULATION OF FACT

The undersigned parties hereby agree and stipulate that the following facts may be taken as true without the need for proof in the trial of this case:

That the defendant, ~~USMAN ALI CHAUDHARY, a/k/a~~ Usman Ali, is a citizen of Pakistan who was lawfully admitted to the United States in 1988 on a student visa. This student visa allowed defendant to remain in the United States until December 1993. Defendant is not, and has never been a United States citizen.


_____
LARRY D. SIMPSON
Attorney for Defendant USMAN
ALI CHAUDHARY, a/k/a
Usman Ali

_____
ROBERT O. DAVIS
Assistant United States Attorney

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk

By: ____5/18/05____
     Deputy Clerk