PLEASE REPLY TO:
111 N. ADAMS ST, SUITE 100
TALLAHASSEE, FL 32301-7730
(850)521-3551
Fax (850)521-3579

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PROBATION OFFICE**

W. STEPHEN TOWNLEY
CHIEF U.S. PROBATION OFFICER
119 N. PALAFOX STREET
PENSACOLA, FL 32502
(850)470-8200

June 24, 2005

James P. Judkins
Attorney at Law
P.O. Box 10368
Tallahassee, Florida 32302

RE:    **Usman ALI
DKT # 4:04CR59-01
PRESENTENCE REPORT**

Dear Mr. Judkins:

This letter accompanies the Presentence Report on the above named person, who is scheduled to be sentenced on July 29, 2005. One copy of this report should be provided to and discussed with your client prior to the sentencing hearing. **Pursuant to Rule 32(f)(1) and (2) of the Federal Rules of Criminal Procedure, any objections must be submitted in writing to the undersigned at Tallahassee, and opposing counsel, by July 8, 2005.**

The Presentence Report is herein transmitted to the U.S. Attorney's Office.

Please note that Local Rule 88.1(D) directs that, "No person shall otherwise disclose, copy, reproduce, deface, delete from or add to any report within the purview of this rule."

Sincerely yours,

*s/Janet A. Williams*

Janet A. Williams
U.S. Probation Officer

JAW/aw

Attachment: Presentence Report

cc:    Robert O. Davis (w/attachment)
Assistant U.S. Attorney

Mr. William McCool
U.S. District Court
111 North Adams Street, Suite 322
Tallahassee, Florida 32301-7717

OFFICIAL COURT
U.S. DISTRICT CT
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

05 JUN 24 PM 4: 16

FILED