1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,          )
                                   ) Case No.:  4:04CR59-RH
              Plaintiff,           )
                                   ) Tallahassee, Florida
vs.                                ) May 17, 2005
                                   )
USMAN ALI CHAUDHARY,               )
a/k/a Usman Ali,                   )
                                   )
              Defendant.           )
_____)

## TESTIMONY OF VANESSA MACHADO

**TRANSCRIPT OF \*EXCERPT\* OF FIRST DAY OF TRIAL
BEFORE THE HONORABLE ROBERT L. HINKLE,
CHIEF UNITED STATES DISTRICT JUDGE, and a jury**

APPEARANCES:

For the Plaintiff:          Gregory R. Miller
                            United States Attorney
                            By:  ROBERT O. DAVIS
                                 Assistant U.S. Attorney
                            111 North Adams Street
                            Tallahassee, Florida 32301

For the Defendant:          Judkins, Simpson,
                            High & Villeneuve
                            By:  JAMES P. JUDKINS
                                 LARRY D. SIMPSON,
                                 Attorneys at Law
                            1102 North Gadsden Street
                            Tallahassee, Florida 32303

                            Rambana & Ricci, P.A.
                            By:  NEIL ST. JOHN RAMBANA
                                 Attorney at Law
                            521 East Tennessee Street
                            Tallahassee, Florida 32308